**Richard CARTER, For the Incarcerated Citizens' Congress, Appellant,**

v.

**Tom RIDGE, Governor of the Commonwealth of Pennsylvania, Stewart J. Greenleaf, Senator/Chairman of the Pennsylvania Senate Judiciary Committee, and, Michael R. Hackman, Associate Director of the Pennsylvania Prison Society, Appellees.**

Supreme Court of Pennsylvania.

Aug. 20, 1997.
Reargument Denied Oct. 23, 1997.

### ORDER

PER CURIAM.

AND NOW, this 20th day of August, 1997, the order of the Commonwealth Court is affirmed.